UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Sebastian Joe's Inc.,

Plaintiff,

vs.

Izzy's Ice Cream Café, LLC d/b/a Izzy's Ice Cream Café, Jeffrey W. Sommers, individually, and Lara E. Hammel, individually,

Defendants.

Case File No. 0:01CV1009 ADM/AJB

**ORDER FOR DISMISSAL**

---

Pursuant to stipulation of the parties, it is hereby ordered that the above-entitled action is hereby dismissed with prejudice and without costs to either party.

Dated this 4th day of March, 2002.

**BY THE COURT:**

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

G:\WPDATA\P\PELLIZZE.T\3\PLEADINGS\PROP ORDER FOR DISMISSAL.DOC

MAR 05 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Sebastian Joe's Inc.,

Plaintiff,

vs.

Izzy's Ice Cream Café, LLC d/b/a Izzy's Ice Cream Café, Jeffrey W. Sommers, individually, and Lara E. Hammel, individually,

Defendants.

Case File No. 0:01CV1009 ADM/AJB

**STIPULATION FOR DISMISSAL**

---

The claims in the above-entitled action having been compromised and settled, it is hereby agreed by and between the parties that this action shall be dismissed with prejudice without costs to either party.

Dated this 11th day of February, 2002.

**KRASS MONROE, P.A.**

Phillip R. Krass (ID# 58051)
C. John Jossart (ID# 295048)
Attorneys for Plaintiff
1100 Southpoint Office Center
1650 West 82nd Street
Minneapolis, MN 55431-1447
Telephone: (952) 885-5999

**OPPENHEIMER, WOLFF & DONNELLY**

Ernest W. Grumbles (ID# 274793)
Attorneys for Defendant
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 607-7000

G:\WPDATA\P\PELLIZZE.T\3\PLEADINGS\STIP FOR DISMISSAL.DOC